M. P. No. 1877. City of Providence *v.* Local 799, International Association of Firefighters, AFL-CIO *et al.* Mat-

ter having been assigned, respondents' motion to dismiss petition or in the alternative that the court order petitioner to file brief is denied pro forma. *Robert J. McOsker, Vincent J. Piccirilli,* for petitioner. *Hawkins & Hoopis, John P. Hawkins, Harry J. Hoopis,* for respondents.